IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL WINGARD                                                                                    PLAINTIFF

v.                                         NO. 5:11 CV 108 JMM

WHEELING MACHINE PRODUCTS, INC.
a division of U.S. STEEL TUBULAR PRODUCTS, INC.                      DEFENDANTS

### ORDER OF DISMISSAL

Notice has been provided that the parties have settled. Therefore, this case is dismissed with prejudice with each party responsible for his or its own attorneys' fees and costs. Jurisdiction is retained for 30 days to permit the parties to complete the terms of the settlement. The joint motion to dismiss (DE #10) is granted. The jury trial scheduled January 7, 2013 and all deadlines are canceled.

IT IS SO ORDERED this 4th day of April 2012.

_____
HONORABLE JAMES M. MOODY
UNITED STATES DISTRICT JUDGE